5/8/2020 Trademark Status & Document Retrieval

**Exhibit 1**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document yo and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | | Back to Search | Print |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2020-05-08 15:25:43 EDT |
| Mark: | MOUNTAIN PEAK LAW GROUP |
| | *Mountain Peak Law Group* |
| US Serial Number: | 88618399 |
| Application Filing Date: | Sep. 16, 2019 |
| Filed as TEAS Plus: | Yes |
| Currently TEAS Plus: | Yes |
| Register: | Principal |
| Mark Type: | Service Mark |
| TM5 Common Status Descriptor: |  LIVE/APPLICATION/Opposition Pending The pending trademark application has been examined by th published for opposition, at which time one or more oppositio they have not yet been decided. |
| Status: | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, Trademark Trial and Appeal Board web page. |
| Status Date: | Mar. 17, 2020 |
| Publication Date: | Jan. 21, 2020 |

## Mark Information

Collapse All

| | |
|---|---|
| Mark Literal Elements: | MOUNTAIN PEAK LAW GROUP |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "LAW GROUP" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Debt recovery and collection agencies |
| International Class(es): | 036 - Primary Class |
| U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE |
| Basis: | 1(b) |
| For: | Legal services |

| | | | |
|---|---|---|---|
| International Class(es): | 045 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Stein Law, PC |
| Owner Address: | Suite C250<br>10200 E Girard Ave<br>Denver, COLORADO UNITED STATES 80231 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | COLORADO |

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | SCOTT E BRENNER<br>THOMAS P HOWARD LLC<br>842 W SOUTH BOULDER RD<br>SUITE 100<br>LOUISVILLE, COLORADO UNITED STATES 80027 |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 17, 2020 | OPPOSITION INSTITUTED NO. 999999 | 254705 |
| Jan. 27, 2020 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 21, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 21, 2020 | PUBLISHED FOR OPPOSITION | |
| Jan. 01, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 16, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 16, 2019 | ASSIGNED TO EXAMINER | 82091 |

Privacy - Terms

| | |
|---|---|
| Sep. 24, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| Sep. 19, 2019 | NEW APPLICATION ENTERED IN TRAM |

### TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | PARKER, JUSTINE D | **Law Office Assigned:** | LAW OFFICE 101 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Dec. 19, 2019 |

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

Privacy - Terms