5/8/2020                                       Trademark Status & Document Retrieval

> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document yo[u]
> and a screenshot of any error messages you have received.

Exhibit 2

| STATUS | DOCUMENTS | | Back to Search | Print |

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2020-05-08 15:27:52 EDT |
| Mark: | M MOUNTAIN PEAK LAW GROUP, PC |



| | | | |
|---|---|---|---|
| US Serial Number: | 88618771 | Application Filing Date: | Sep. 16, 2019 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |

| TM5 Common Status Descriptor: |  | LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the [Office and has] been published in a way that provides an opportunity for the [public to oppose] registration. |
|---|---|---|

| | |
|---|---|
| Status: | A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal B[oard. For further information,] see TTABVUE on the Trademark Trial and Appeal Board web page. |
| Status Date: | Jan. 27, 2020 |
| Publication Date: | Jan. 21, 2020 |

### ▲ Mark Information                                                                                      ▼ Expand All

### ▼ Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Debt recovery and collection agencies | | |
| International Class(es): | 036 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

| | | | |
|---|---|---|---|
| For: | Legal services | | |
| International Class(es): | 045 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

### ▲ Basis Information (Case Level)

Privacy - Terms

- Current Owner(s) Information

- Attorney/Correspondence Information

- Prosecution History

- TM Staff and Location Information

- Assignment Abstract Of Title Information - Click to Load

- Proceedings - Click to Load

Privacy - Terms