


303
877

HOME(/) CREDITOR RIGHTS(/creditor-r

ABOUT (/about) CONTACT(/contact)

COMPLAINTS(/complaints)

CLICK TO PAY(https://mountainpeaklawgroup.stratuspayments.net/)

# Comprehensive Creditors' Rights Law Firm

## COLORADO • NEW MEXICO • NEVADA • UTAH • WYOMING

Mountain Peak Law Group, PC brings together years of experience to serve our clients, offering full service legal resources in the area of Creditor Rights.

## MEMBERSHIP ASSOCIATIONS





**303-923-3426**
**877-749-7221**



HOME(/)   CREDITOR RIGHTS(/creditor-rights)

ABOUT ⌄(/about)   CONTACT(/contact)

COMPLAINTS(/complaints)

CLICK TO PAY(https://mountainpeaklawgroup.stratuspayments.net/)

## ABOUT

This office is a debt collector. This communication may be an attempt to collect a debt and any information obtained will be used for that purpose.

## CORPORATE OFFICE

10200 E. Girard Ave. Suite C-250
Denver, CO 80231

Mailing Address:
PO Box 441365
Aurora, CO 80044-1365

## CONTACT

Phone: 303.923.3426
Toll Free: 877.749.7221
Fax: 855.749.7221

Office Hours:
Monday-Thursday 8a-5p
Friday 8a-2p

Closed all Federal Holidays

(https://fac

© 2020  Mountain Peak Law Group, PC | All Rights Reserved | Website by WebAct (https://www.webact.com/) | Denver Web Design (https://www.webact.com/)