

Exhibit 4

 

Ryan D. Smith / Attorney
PO Box 1112, Sherwood, Oregon 97140
Direct: 503-332-4556 / Toll Free: 800-880-5122
ryan@peakfranchiselaw.com / www.peakfranchiselaw.com / www.peaklawgroup.com

**By Email (Copy by Mail)**

December 5, 2019

Stein Law, PC
Attn: Stacy Stein
10200 E. Girard Ave., Suite C250
Denver, CO 80231
Email: StacyStein@mailovo.com

### CONFIDENTIAL SETTLEMENT COMMUNICATION
### FEDERAL RULE OF EVIDENCE 408

Re:   Your Infringement of *Peak Law Group®* and *Peak Franchise Law®* Service Marks

Dear Stacy Stein:

IT has recently come to my attention that you are using the service mark *Mountain Peak Law Group* to promote your law practice, including online at https://www.mountainpeaklawgroup.com/. You also have applications pending with the United States Patent and Trademark Office (USPTO) for this service mark (application serial number 88618399) and the related logo (application serial number 88618771).

My firm operates under the names *Peak Law Group®* and *Peak Franchise Law®* and related logos. My firm has several federal trademark registrations and applications with the USPTO as listed on the attached Appendix (the "**Marks**"). The registrations are still active, and my firm continues to use each registered Mark. See, for example, the following domains: https://peaklawgroup.com/ and https://www.peakfranchiselaw.com/.

Under applicable federal trademark law, these registrations give my firm the exclusive right to use the Marks in the entire United States of America. My firm also has common law rights in its Marks as a result of being the senior user of the Marks in interstate commerce. My firm provides franchise and trademark legal services to clients nationwide as these practice areas focus primarily on federal law.

Over years, my firm has spent significant sums to promote its services that are provided

1 | Trademark Infringement Letter

under its Marks. As a result of my firm's promotional efforts and high-quality legal services provided under the Marks, the Marks have acquired a valuable reputation among the consuming public. Therefore, I was very concerned to learn of your existing uses and pending USPTO applications.

Under relevant federal and state trademark law, only the *likelihood of confusion* is needed to establish trademark infringement. Two key factors in the likelihood of confusion analysis are: (1) the similarities between the compared marks and (2) the relatedness of the compared services.

*Similarity of the Marks.* Under the legal test, the marks are to be compared in their entireties for similarities in sound, appearance, connotation, and commercial impression. In this case, *Mountain Peak Law Group* is identical to *Peak Law Group®* except for the addition of the word "Mountain." As the word "Mountain" is clearly related to the "Peak," the mark you are using gives the same connotation and commercial impression as my firm's Marks. It also is very similar in sound and appearance.

Further, there are significant similarities between the logo used on your website and my firm's registered trademark for the *Peak Franchise Law* logo. Both contain a similar green color and both emphasize the word *Peak*. Both depict images of mountain peaks. Be advised that even if the logos were not similar, trademark infringement still exists because of the confusingly similar nature of the words themselves.

*Similarity of the Services.* Under the applicable legal standard, the compared services need not be identical or even competitive to find a likelihood of confusion. Rather, likelihood of confusion exists when the services are related in some manner such that they could confuse customers to believe that the services emanate from the same source. In this case, the conflict is clear because both companies provide legal services. In fact, your pending applications with the USPTO include class 45 for "Legal services." My firm's registrations are under class 45 and include the general classification of "Legal services" plus other more detailed descriptions.

Your infringing uses are likely to confuse customers as to the actual source of the services. Therefore, you are using the goodwill created by my firm over time and at great expense for your own profit and to my firm's disadvantage.

Your unauthorized use of marks that are confusingly similar to my firm's Marks violates the Federal Lanham Trademark Act and state laws regarding trademark infringement, unfair competition, and brand dilution. Accordingly, I must ask that you:

1. Provide me with written assurances no later than **December 20, 2019** that you will immediately cease any use or plans to use the mark "Mountain Peak Law Group" or any similar mark for any goods or services, either in online or conventional media; and

2. File to cancel your pending applications with the USPTO by **December 20, 2019** and provide me with written confirmation of the same. Be advised that my firm anticipates contesting the registration of your marks with the USPTO if you refuse to cancel your pending applications.

If you respond as requested above, my firm will consider giving you a reasonable period of time in which to phase out your use of the infringing marks.

If you fail to meet these requests, my firm will zealously enforce its legal rights. Remedies for trademark infringement include monetary damages, profits in connection with the unlawful use, statutory damages, and if the violation is willful, then up to three times the amount of damages plus profits and attorneys' fees. My firm anticipates an amicable resolution.

We look forward to your prompt reply and attention to these important matters.

Sincerely,
PEAK LAW GROUP, LLC

*Ryan D. Smith*

Ryan D. Smith
Attorney/Owner

## Appendix

## U.S. Trademark Registrations

Peak Law Group, LLC has registered the following marks on the Principal Register of the USPTO:

| Mark Description | International Classification | Registration Date | Registration Number |
|---|---|---|---|
| Peak Law Group (standard characters) | IC 045. US 100 101. G & S: Legal consultation services; Legal services; Legal services, namely, providing customized documentation, information, counseling, advice and consultation services in all areas of business law, franchise law and trademark law | July 3, 2012 | 4,167,976 |
| Peak Franchise Law — Franchising Successful Businesses (logo) | IC 045. US 100 101. G & S: Legal advisory services; Legal consultation services; Legal services; Legal services, namely, preparation of applications for trademark registration; Legal services, namely, trademark maintenance services; Attorney services, namely, representation of clients in franchise, trademark and business matters; Professional legal consultations relating to franchising; Providing legal services in the field of franchise law, trademark law, intellectual property law, business law, merger and acquisition law. | June 6, 2017 | 5,217,436 |